PEIFFER and another, Appellants, vs. WAGNER and another, Respondents. [Two cases.]

*October 8—November 6, 1951.*

For the appellants there was a brief by *Byrne, Bubolz & Spanagel* of Appleton, and *Runkel & Runkel* of Port Washington, and oral argument by *Edward J. Byrne* and *Paul Runkel.*

For the respondents there was a brief by *Schanen, Schanen & Pauly* and *Frank X. Didier,* all of Port Washington, and oral argument by *Mr. Erwin Pauly* and *Mr. Didier.*

FAIRCHILD, J.   It is stipulated that the questions involved in the above-entitled cases are the same as those considered and determined in the cases of *Wagner v. Peiffer,* ante, p. 566, 49 N. W. (2d) 739. The ruling in the foregoing cases apply here, and the judgments must be affirmed.

*By the Court.*—Judgments affirmed.